# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| YVONNE STANDINGROCK, et al., <br><br> Plaintiffs, <br><br> v. <br><br> WYNDHAM VACATION RESORTS, INC., et al., <br><br> Defendants. | Case No. 2:19-cv-01007-GMN-CWH <br><br> **ORDER** |

Presently before the court is the parties' joint status report (ECF No. 9), filed on July 11, 2019. The parties state that plaintiffs' two motions, filed prior to the removal of this case to federal court, remain outstanding.[1] Under Local Rule 81-1,

> All pending motions and other requests directed to the state court are automatically denied without prejudice upon removal, and they may be refiled in this court. Motions refiled in this court must include citation to all relevant federal law and must be revised as necessary to comply with this court's rules.

As such, all motions previously filed in state court are denied without prejudice.

IT IS SO ORDERED.

DATED: July 15, 2019

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

---

[1] The outstanding motions are plaintiffs' motion for extension of time to serve defendant Emerald Grande and plaintiffs' counsel's motion withdraw. (Joint Status Report (ECF No. 9).) The court notes that plaintiffs' counsel refiled the motion to withdraw in federal court, and that this court granted the motion on July 15, 2019. (*See* Mot. to Withdraw (ECF No. 4); Mins. of Proceedings (ECF No. 8); Order (ECF No. 10).)